IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION, | ) |
|       Plaintiff/Counter-Defendant, | ) |
| v. | ) |
| RAYMOND NASH, et al. | ) Case No. 1:13-CV-1313 TFH |
|       Defendants/Cross-Claimants/ Counter-Claimants, | ) Judge Thomas F. Hogan |
| and | ) |
| MARILYN VANN, et al. | ) |
|       Intervenor-Defendants/Cross-Claimants/ Counter-Claimants, | ) |
| and | ) |
| SALLY JEWELL, SECRETARY OF THE INTERIOR, AND THE UNITED STATES DEPARTMENT OF THE INTERIOR, | ) |
|       Counter-Claimants/Cross-Defendants. | ) |

**ERRATA – EXHIBIT B ATTACHED**

      Exhibit 1 to the Department of the Interior's (Interior) Reply in Support of Motion for Summary Judgment and Surreply to the Cherokee Nation and Principal Chief Baker's Motion for Partial Summary Judgment (Docket No. 243-1) stated that Dr. Emily Greenwald's expert report was attached as Exhibit B.  That report, which was attached to Interior's Motion for Summary Judgment filed on January 31, 2014, is attached here.

Dated:  March 31, 2014

OF COUNSEL:
Jennifer Turner
Scott Keep
Office of the Solicitor
Department of the Interior
1849 C Street N.W.
Washington, D.C.  20240
Phone: (202) 208-6260

Respectfully Submitted,

ROBERT G. DREHER
Acting Assistant Attorney General

/s/ Frederick Turner
Frederick Turner
Amber Blaha (D.C. Bar No. 471008)
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Law & Policy Section
P.O. Box 7415, Ben Franklin Station
Washington, D.C.  20044-7415
Phone: (202) 305-0641
Facsimile: (202) 514-4231
frederick.turner@usdoj.gov
amber.blaha@usdoj.gov

*Counsel for Department of the Interior*